

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-13-00742-CR

BENNY JOSEPH WALKER, Appellant

V.

THE STATE OF TEXAS, Appellee

Appeal from the 21st District Court of Washington County.   (Tr. Ct. 16,410).

**TO THE 21ST DISTRICT COURT OF WASHINGTON COUNTY, GREETINGS:**

Before this Court, on the 3rd day of February 2015, the case upon appeal to revise or to reverse your judgment was determined.   This Court made its order in these words:

This case is an appeal from the final judgment signed by the trial court on August 20, 2013.   After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that the trial court's judgment contains no reversible error.   Accordingly, the Court **affirms** the trial court's judgment.

The Court **orders** that this decision be certified below for observance.

Judgment rendered February 3, 2015.

Panel consists of Chief Justice Radack and Justices Bland and Huddle. Opinion delivered by Justice Huddle.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

April 17, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

